ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 MAR 25  PM 2: 06

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RODERICK MCKISSICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-065 |
| ) | |
| BRIAN OWENS, Commissioner, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 25). In the R&R, the Magistrate Judge screened Plaintiff's markedly lengthy amended complaint and determined that, except for his claim concerning his alleged confinement to the prison showers, Plaintiff failed to state any viable claim for relief under 28 U.S.C. § 1983. (See generally doc. no. 23.)

Now, despite the hyperbolic language in his notably conclusory objections, Plaintiff does not offer any new information or evidence in support of his claims that warrants a deviation from the Magistrate Judge's recommendation. In fact, Plaintiff's objections consist almost entirely of lengthy restatements of his claims presented in conjunction with his repeated, groundless insistence that his legal analyses and conclusions are correct. (See generally id.) Moreover, Plaintiff's over-arching reliance on the supposed "knowledge" of each Defendant as to his claims is misguided, in that the Magistrate Judge did not

recommend the dismissal of Plaintiff's claims on the ground of knowledge alone, but instead dismissed the claims primarily on the ground that they were each not viable under 42 U.S.C. § 1983. (See generally doc. no. 23.) Finally, as to Plaintiff's puzzling contention that the Magistrate Judge's recommendation that his motion for entry of default be denied somehow equated to an "admission" of the viability of Plaintiff's claims (doc. no. 25, p. 25), that argument is also unsupported and, in fact, simply demonstrative of Plaintiff's fundamental misunderstanding of the relevant law.

In short, as noted above, nothing that Plaintiff has supplied in his objections warrants a deviation from the Magistrate Judge's recommendation. Thus, Plaintiff's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Thus, the following of Plaintiff's claims are **DISMISSED**: his conditions of confinement claims based on prison officials allegedly not wearing gloves when handling food, the allegedly insufficient availability of cleaning materials, and allegedly inadequate cell ventilation; his claim concerning the grievance system; his free exercise of religion claim concerning the alleged use of non-vegan trays to serve restricted vegan meals; his claim concerning the alleged confiscation of his hygienic products; his claims of retaliation; and his conspiracy claim. Additionally, the following Defendants are **DISMISSED**: Defendants Owens, Dees, Sanders, Toby, Spires, White, Couley, and Davis. Finally, Plaintiff's motion for entry of default is **DENIED**.

SO ORDERED this 25th day of March, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE