ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RODERICK MCKISSICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 312-065 |
| | ) | |
| DAVID FRAZIER, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 41). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss is **GRANTED** (doc. no. 31), Defendants' motion to stay is **DENIED** as **MOOT** (doc. no. 32), Plaintiff's "Motion to Grant Answer" and motion for discovery are **DENIED** as **MOOT** (doc. no. 35, 36), Plaintiff's amended complaint is **DISMISSED**, a final judgment shall be entered in favor of Defendants, and this civil action is **CLOSED**.

SO ORDERED this 6th day of June, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE