IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

RODERICK MCKISSICK,

Petitioner/Appellant,

vs.

BRIAN OWENS, Commissioner, et al.,

Respondents/Appellees.

CIVIL ACTION NO. CV312-065
USCA NO. 13-12909-DD

## ORDER

The Judgment of this Court in the above case having been **AFFIRMED** by the U.S. Court of Appeals, Eleventh Circuit.

**IT IS HEREBY ORDERED** that the Judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court. This Court's Judgment dated June 6, 2013 is final in all respects.

**SO ORDERED** this 17th day of November, 2014 at Augusta, Georgia.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE